IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ZACHARY SZYMAKOWSKI, an individual, and JOHANNA A. URIBE, on behalf of FELIPE A. URIBE, a minor, on behalf of themselves and a proposed class of similarly situated F-1 students,<br><br>              Plaintiffs,<br><br>  v.<br><br>UTAH HIGH SCHOOL ACTIVITIES ASSOCIATION, INC.; ROBERT CUFF, an individual; MARILYN RICHARDS, an individual; AMBER SHILL, an individual; BURKE STAHELI, an individual; DAVID WARREN, an individual; DAVID LUND, an individual; ZACK MCKEE, an individual; PAUL SWEAT, an individual; LUKE RASMUSSEN, an individual; JERRE HOLMES, an individual; JASON SMITH, an individual; MIKE MEES, an individual; DEVIN SMITH, an individual; BRYAN DURST, an individual; and BRENT STRATE, an individual.<br><br>              Defendants. | **ORDER GRANTING STIPULATED MOTION TO EXTEND TIME FOR PLAINTIFFS TO FILE OPPOSITION TO MOTION TO DISMISS**<br><br>Case No. 2:24-cv-00751-RJS-CMR<br><br>District Judge Robert J. Shelby<br><br>Magistrate Judge Cecilia M. Romero |

Having considered the parties' Stipulated Motion to Extend Time (Motion) (ECF 113) for Plaintiffs to file opposition to Motion to Dismiss (ECF 102), and for good cause appearing, the court hereby GRANTS the Motion and ORDERS that the time for Plaintiffs to file an opposition to the Motion to Dismiss Individual Defendants (ECF 102) is extended to December 23, 2024.

IT IS SO ORDERED.

DATED this 11 December 2024.

*[signature: Cecilia M. Romero]*

Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah