D. Craig Parry (7274)
Chaunceton Bird (16402)
Daniel J. Nelson (19030)
**PARR BROWN GEE & LOVELESS, P.C.**
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750
cparry@parrbrown.com
cbird@parrbrown.com
djnelson@parrbrown.com

Mark O. Van Wagoner (3313)
2455 E. Parleys Way, Suite 200
Salt Lake City, Utah 84109
Telephone: 801-328-2200
movw@comcast.net

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ZACHARY SZYMAKOWSKI, an individual, and JOHANNA A. URIBE, on behalf of FELIPE A. URIBE, a minor, on behalf of themselves and a proposed class of allegedly similarly situated F-1 students,<br><br>Plaintiffs,<br>vs.<br><br>UTAH HIGH SCHOOL ACTIVITIES ASSOCIATION, INC., a Utah nonprofit corporation; ROBERT CUFF, an individual; MARILYN RICHARDS, an individual; AMBER SHILL, an individual; BURKE STAHELI, an individual; DAVID WARREN, an individual; DAVID LUND, an individual; ZACK MCKEE, an individual; PAUL SWEAT, an individual; LUKE RASMUSSEN, an individual; JERRE HOLMES, an individual; JASON SMITH, an individual; MIKE MEES, an individual; DEVIN SMITH, an individual; BRYAN DURST, an individual; and BRENT STRATE, an individual,<br><br>Defendants. | **STIPULATED MOTION TO EXTEND TIME FOR DEFENDANTS TO FILE REPLY SUPPORTING MOTION TO DISMISS**<br><br><br><br>Case No.: 2:24-cv-00751<br>Judge Robert J. Shelby<br>Magistrate Judge Cecilia M. Romero |

1

Defendants Utah High School Activities Association, Inc. ("UHSAA"), Robert Cuff, Marilyn Richards, Amber Shill, Burke Staheli, David Warren, David Lund, Zack Mckee, Paul Sweat, Luke Rasmussen, Jerre Holmes, Jason Smith, Mike Mees, Devin Smith, Bryan Durst, and Brent Strate (collectively, "Defendants") and Plaintiffs Zachary Szymakowski and Johanna Uribe (on behalf of Felipe Uribe) (collectively, "Plaintiffs") stipulate to extend the deadline for Defendants to file their Reply Memorandum Supporting Motion to Dismiss ("Reply") (replying in support of their Motion to Dismiss Individual Defendants (ECF No. 102) and responding to arguments raised in Plaintiffs' Opposition to Motion to Dismiss Individual Defendants (ECF No. 115)). Defendants and Plaintiffs jointly move the Court for entry of an order extending the deadline for Defendants to file their Reply from January 6, 2025, to January 13, 2025. A proposed order granting such relief is submitted herewith.

Good cause exists for granting the stipulated requested extension. The time for drafting the Reply falls squarely over major holidays, and attorneys and client contacts that would be instrumental in preparing the Reply are out of town or otherwise unavailable to dedicate time to the Reply until early January. The time to file the Reply has not yet expired.

DATED: December 30, 2024

**PARR BROWN GEE & LOVELESS**
D. Craig Parry
Chaunceton Bird
Daniel J. Nelson

Mark O. Van Wagoner

*Attorneys for Defendants*

DATED: December 30, 2024

*Tanner B. Camp\**
**FOLEY & LARDNER**
David J. Jordan
Wesley F. Harward
Tanner B. Camp
Tyler A. Dever
Charles D. Morris

*Attorneys for Plaintiffs*

\*Electronically signed by proxy by Chaunceton Bird per emailed permission from Tanner Camp.

3