D. Craig Parry (7274)
Chaunceton Bird (16402)
Daniel J. Nelson (19030)
**PARR BROWN GEE & LOVELESS, P.C.**
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750
cparry@parrbrown.com
cbird@parrbrown.com
djnelson@parrbrown.com

Mark O. Van Wagoner (3313)
2455 E. Parleys Way, Suite 200
Salt Lake City, Utah 84109
Telephone: 801-328-2200
movw@comcast.net

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ZACHARY SZYMAKOWSKI, an individual, and JOHANNA A. URIBE, on behalf of FELIPE A. URIBE, a minor, on behalf of themselves and a proposed class of allegedly similarly situated F-1 students,<br><br>Plaintiffs,<br>vs.<br><br>UTAH HIGH SCHOOL ACTIVITIES ASSOCIATION, INC., a Utah nonprofit corporation; ROBERT CUFF, an individual; MARILYN RICHARDS, an individual; AMBER SHILL, an individual; BURKE STAHELI, an individual; DAVID WARREN, an individual; DAVID LUND, an individual; ZACK MCKEE, an individual; PAUL SWEAT, an individual; LUKE RASMUSSEN, an individual; JERRE HOLMES, an individual; JASON SMITH, an individual; MIKE MEES, an individual; DEVIN SMITH, an individual; BRYAN DURST, an individual; and BRENT STRATE, an individual,<br><br>Defendants. | **ORDER GRANTING**<br><br>**STIPULATED MOTION TO EXTEND TIME FOR DEFENDANTS TO FILE REPLY SUPPORTING MOTION TO DISMISS**<br><br><br>Case No.: 2:24-cv-00751<br>Judge Robert J. Shelby<br>Magistrate Judge Cecilia M. Romero |

1

2

Having considered the parties' Stipulated Motion to Extend Time for Defendants to File Reply Supporting Motion to Dismiss ("Motion") (ECF No. 116), and for good cause appearing, the Court hereby GRANTS the Motion and ORDERS that the time for Defendants to file their reply memorandum supporting Defendants' Motion to Dismiss Individual Defendants (ECF No. 102) is extended to January 13, 2025.

IT IS SO ORDERED.

DATED:

                                                Magistrate Judge Cecilia M. Romero
                                                United States District Court for the District of Utah