IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SZYMAKOWSKI, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>UTAH HIGH SCHOOL ACTIVITIES ASSOCIATION, INC., et al.,<br><br>      Defendants. | **ORDER GRANTING STIPULATED MOTION TO EXTEND TIME FOR DEFENDANTS TO FILE REPLY SUPPORTING MOTION TO DISMISS**<br><br>Case No.: 2:24-cv-00751-RJS-CMR<br><br>Judge Robert J. Shelby<br><br>Magistrate Judge Cecilia M. Romero |

Having considered the parties' Stipulated Motion to Extend Time (Motion) (ECF 116) for Defendants to File Reply Supporting Motion to Dismiss (ECF 102), and for good cause appearing, the court hereby GRANTS the Motion and ORDERS that the time for Defendants to file their reply memorandum supporting Defendants' Motion to Dismiss is extended to January 13, 2025.

IT IS SO ORDERED.

DATED this 31 December 2024.

*Cecilia M. Romero*
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah